NYE 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ APR 1 4 2005 ★
BROOKLYN OFFICE

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (No. VI)

This Document Relates To:
Kentile Floors, Inc.
Bankrupt Defendant

ALL ACTIONS
(See attached schedule
for case list)

CIVIL ACTION NO. MDL 875

### ORDER OF DISMISSAL

DEFENDANT, Kentile Floors, Inc. having declared bankruptcy during the pendency of the asbestos products liability litigation, and having numerous pending actions against it in MDL 875, IS HEREBY DISMISSED, WITHOUT PREJUDICE, from all pending MDL 875 actions; the applicable statutes of limitations ARE TOLLED, and the plaintiffs are entitled to request reinstatement from this Court at a further date should circumstances so warrant.

BY THE COURT

Date: 4/1/05

Charles R. Weiner, Judge

A TRUE COPY CERTIFIED FROM THE RECORD
DATED: 4-11-05
ATTEST: _____
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Civil Action(s)

## -- MDL 875 --

- MD-1-04-2629
- NYE-1-02-757
- NYE-1-03-3190
- NYE-1-04-108
- NYE-1-04-1523
- NYE-1-04-1524
- NYE-1-04-1806
- NYE-1-04-1915
- NYE-1-04-1918
- NYE-1-04-1948
- NYE-1-04-1949
- NYE-1-04-1950
- NYE-1-04-2012
- NYE-1-04-2013
- NYE-1-04-2014
- NYE-1-04-2133
- NYE-1-04-2134
- NYE-1-04-2405
- NYE-1-04-2456
- NYE-1-04-2457
- NYE-1-04-2504
- NYE-1-04-2615
- NYE-1-04-2754
- NYE-1-04-2780
- NYE-1-04-2781
- NYE-1-04-2782
- NYE-1-04-2829
- NYE-1-04-2859
- NYE-1-04-2900
- NYE-1-04-2955
- NYE-1-04-2958
- NYE-1-04-3008
- NYE-1-04-3178
- NYE-1-04-4066
- NYE-1-04-4067
- NYE-1-04-4186
- NYE-1-04-4187
- NYS-1-04-8119

**REPORT FILTERS**

MDL Docket 875 - Asbestos PL (No. VI)
Limited To : Active Involvement

The actions listed on this report are limited to Only those actions that have been transferred to the transferee district.

Key => Civil Actions enclosed by {} have been closed. a * indicates that the party has been dismissed from the case.

3